UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE MILES, SR., | No. 2:21-cv-01143 TLN GGH P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | |
| Respondents. | |

Petitioner filed his petition for a writ of habeas corpus on June 20, 2021. ECF No. 1. On August 2, 2021, the court granted petitioner thirty days to file an in forma pauperis affidavit or, pay the required filing fee and file an amended petition in compliance with the court's instructions. ECF No. 6. The deadline has now passed, and petitioner has taken no action.

Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause, in writing, within 14 days, why this matter should not be dismissed for failure to prosecute and/or to follow a court order pursuant to Federal Rule of Civil Procedure 41(b). The filing of an amended petition, along with the filing of an in forma pauperis affidavit or, payment of the required filing fee, within this timeframe will serve as cause and will discharge this order.

Dated: September 28, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1