## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                              **JUDGMENT IN A CIVIL CASE**

**MAURICE MILES SR.,**

                                          CASE NO: **2:21–CV–01143–TLN–DB**

        v.

**PEOPLE OF THE STATE OF CALIFORNIA,**

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/7/2022**

                                                  **Keith Holland**
                                                  Clerk of Court

ENTERED: **January 7, 2022**

                                  by: /s/ L. Reader_____
                                                Deputy Clerk